IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation;
TIMOTHY J. COENEN;
JULIE REISKIN; and
LORAINE A. JOHNSON;

      Plaintiffs;

v.

GREYHOUND LINES, INC., a Delaware corporation;
CUSA PART, LLC, d/b/a POWDER RIVER TRANSPORATION, a Delaware corporation;
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation; and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation;

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 29, 2007.**

      Defendant CUSA Prts [sic], LLC's Unopposed Motion for Leave to Designate Non-Party At Fault [Filed June 27, 2007; Docket #17] is **granted**.  Defendant CUSA Parts, LLC's designation of non-party at fault, Docket #18, is accepted as timely.