**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN, and
LORAINE A. JOHNSON,

       Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
CUSA PARTS, LLC, d/b/a POWDER RIVER TRANSPORTATION, a Delaware corporation,
BURLINGTON STAGE LINES, LTD., d/b/a BURLINGTON TRAILWAYS, an Iowa corporation, and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation,

       Defendants.

_____

**ORDER**
_____

Upon Defendants' Response to Plaintiffs' Motion to Amend Complaint (Doc 34 - filed September 14, 2007), it is

ORDERED that Plaintiffs' Motion to Amend Complaint (Doc 29 - filed August 31, 2007) is GRANTED.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED: September 17, 2007