IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN, and
LORAINE A. JOHNSON,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
CUSA PART, LLC, d/b/a POWDER RIVER TRANSPORTATION, a Delaware corporation,
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation, and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 31, 2007.**

      The parties' Stipulated Motion for Protective Order [filed October 29, 2007; doc #43] is **granted**. A Stipulated Protective Order Concerning Pre-Discovery Disclosures of Confidential Information will be filed in this matter contemporaneously with this Order.