IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN, and
LORAINE A. JOHNSON,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
CUSA PART, LLC, d/b/a POWDER RIVER TRANSPORTATION, a Delaware corporation,
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation, and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 28, 2007.**

      For good cause shown, the parties' Stipulated Motion to Amend October 31, 2007 Order [filed December 26, 2007; doc #55] is **granted**. Plaintiffs' counsel shall be allowed to return the materials covered by the governing Protective Order in this matter **on or before January 20, 2008.**