IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN, and
LORAINE A. JOHNSON
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE

    Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
CUSA PART, LLC, d/b/a POWDER RIVER TRANSPORTATION, a Delaware limited liability
    company,
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation, and
BUSCO, INC. d/b/a ARROW STAGE LINES, a Nebraska corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 29, 2008.**

    The parties' Second Stipulated Motion for Protective Order [filed January 25, 2008; doc #65] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.