IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
CUSA PART, LLC, d/b/a POWDER RIVER TRANSPORTATION, a Delaware limited liability
      company,
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware
      corporation, and
BUSCO, INC. d/b/a ARROW STAGE LINES, a Nebraska corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 24, 2008.**

      For good cause shown, the Stipulated Motion to Amend Scheduling Order Deadlines [filed April 21, 2008, doc #79] is **granted**. The Scheduling Order in this case shall be amended as follows:

| | |
|---|---|
| Expert Witness Designation: | July 1, 2008 |
| Deadline for Written Discovery: | July 15, 2008 |
| Rebuttal Expert Deadline: | August 1, 2008 |
| Discovery Cut-off: | August 29, 2008 |
| Dispositive Motion Deadline: | October 1, 2008 |

All other deadlines and conferences dates shall remain the same.