**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

    Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation, and
BUSCO, INC., d/b/a BUSCO, INC. ARROW STAGE LINES, a Nebraska corporation,
BLACK HILLS STAGE LINES, INC., a Nebraska corporation,

    Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants Busco, Inc. And Black Hills Stage Lines, Inc.'s Unopposed Motion to Withdraw Motion for Summary Judgment on Plaintiffs' Second Claim for Relief (Doc 97 - filed June 4, 2008) is **GRANTED**. The Motion for Summary Judgment (Doc 85) is **WITHDRAWN**.

Dated: June 5, 2008