**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-00598-LTB-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
CUSA PARTS, LLC, d/b/a POWDER RIVER TRANSPORTATION, a Delaware limited liability company,
BURLINGTON STAGE LINES, LTD., d/b/a BURLINGTON TRAILWAYS, an Iowa corporation, and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation, and
BUSCO, INC., d/b/a BUSCO, INC. ARROW STAGE LINES, a Nebraska corporation,

      Defendants.

_____

**ORDER**
_____

      Because a member of my immediate family recently suffered a severe spinal injury with indeterminate outcome and because not only may my impartiality be reasonably questioned but is impaired in fact,

      IT IS ORDERED that the undersigned recuses in this case and the case is returned to the Clerk of the Court for redraw.

                                  BY THE COURT:


                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED: August 29, 2008