IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00598-ZLW-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

    Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
BURLINGTON STAGE LINES, LTD., d/b/a BURLINGTON TRAILWAYS,
   an Iowa corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC.,
   a Delaware corporation,
BUSCO, INC., d/b/a BUSCO, INC. ARROW STAGE LINES,
   a Nebraska corporation, and
BLACK HILLS STAGE LINES, INC., a Nebraska corporation,

    Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this  10th   day of September, 2008.

            BY THE COURT:

            _____
            ZITA L. WEINSHIENK, Senior Judge
            United States District Court