IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-CMA-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
BURLINGTON STAGE LINES, LTD, d/b/a BURLINGTON TRAILWAYS, an Iowa corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation,
BUSCO, INC. d/b/a ARROW STAGE LINES, a Nebraska corporation,
ALL OVER-THE-ROAD BUS TRANSPORTATION COMPANIES, and
BLACK HILLS STAGE LINES, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 12, 2008.**

      Plaintiffs' Unopposed Motion to Withdraw Motion for Leave to File Second Supplemental and Third Amended Complaint [filed October 23, 2008; docket #142] is **granted**.

      Plaintiffs' Motion for Leave to File Second Supplemental and Third Amended Complaint [filed September 5, 2008; docket #124] is hereby **withdrawn**.