IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00598-CMA-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

    Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
BURLINGTON STAGE LINES, LTD., D/B/A BURLINGTON TRAILWAYS,
   an Iowa corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC.,
   a Delaware corporation,
BUSCO, INC., d/b/a BUSCO, INC. ARROW STAGE LINES,
   a Nebraska corporation, and
BLACK HILLS STAGE LINES, INC., a Nebraska, corporation,,

    Defendants.

---

## ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS BUSCO, INC. AND BLACK HILLS STAGE LINES, INC.

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendants Busco, Inc. and Black Hills Stage Lines, Inc. (Doc. # 149). The Court has reviewed the Stipulation and ORDERS as follows:

Defendants Busco and Black Hills Stage Lines are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his, her or its own costs, attorneys fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Busco, Inc. and Black Hills Stage Lines, Inc. as defendants in this case.

DATED: November  18  , 2008

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge