IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-CMA-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware
      corporation, and
ALL OVER-THE-ROAD BUS TRANSPORTATION COMPANIES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2008.**

    Defendant Greyhound Lines' Unopposed Motion to Substitute Amended Response [filed December 4, 2008; docket #152] is **granted**. The Court will accept as filed the Amended Response found at docket #153.