IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00598-CMA-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
TIMOTHY J. COENEN,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

      Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC., a Delaware corporation, and
ALL OVER-THE-ROAD BUS TRANSPORTATION COMPANIES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 29, 2008.**

      Upon notice of the settlement of the matter between Plaintiffs and Defendants Greyhound Lines, Inc. and TNM&O Coaches, Inc., Plaintiffs' Motion to Compel Discovery Responses [filed November 10, 2008; docket #146] is **denied as moot**.