IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00598-CMA-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

    Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
BURLINGTON STAGE LINES, LTD., D/B/A BURLINGTON TRAILWAYS,
    an Iowa corporation, and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC.,
    a Delaware corporation,

    Defendants.

## ORDER FOR STATUS REPORT

This matter comes before the Court *sua sponte.* On December 29, 2008, a settlement conference was held in this matter before the Magistrate Judge, and settlement was reached. The parties have filed nothing with the Court since that date. It is, therefore,

ORDERED that the parties shall file a joint Status Report in this case or final settlement documents on or before February 13, 2009.

    DATED: February __3__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge