IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00598-CMA-MEH

COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,
JULIE REISKIN,
LORAINE A. JOHNSON,
BARBARA MOCZYGEMBA, and
EILEEN HOPE KRAUSE,

    Plaintiffs,

v.

GREYHOUND LINES, INC., a Delaware corporation,
BURLINGTON STAGE LINES, LTD., D/B/A BURLINGTON TRAILWAYS,
   an Iowa corporation, and
TEXAS, NEW MEXICO AND OKLAHOMA (TNM&O) COACHES, INC.,
   a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with F.R.Civ.P. 41(a)(2) and the Unopposed Motion To Dismiss Claims Against Greyhound Lines, Inc. With Prejudice (Doc. # 167), signed by the attorneys for the plaintiffs and counsel for Defendant Greyhound Lines, Inc., it is

ORDERED that Defendant Greyhound Lines, Inc. Is hereby DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorney's fees.

IT IS FURTHER ORDERED that, Defendant Burlington Stage Lines, Ltd. having been dismissed by stipulation (Doc. # 121) on September 3, 2008, and Defendant

TNM&O Coaches, Inc. having been dismissed by stipulation (Doc. # 168) on March 13, 2009, this case is now DISMISSED in its entirety.

DATED: March  16 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge